FILED
CHARLOTTE, NC
Jan 12 2022
U.S. District Court
Western District of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ORDER FOR SELECTION ) <br> OF 2022 GRAND JURORS ) <br> FOR CHARLOTTE DIVISION ) | Misc. No. **3:22-mc-00008** |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for potential service as 2022 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 18th, 2022, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 18, 2022; February 15, 2022; March 15, 2022; April 19, 2022; May 17, 2022; June 21, 2022; July 19, 2022; August 16, 2022; September 20, 2022; October 18, 2022; November 15, 2022; and December 13, 2022; and any additional sessions or dates which may be required.

This the _2_ day of ~~November~~ December, 2021.

Martin Reidinger
Chief United States District Court Judge